**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BERRY ISAAC MORROW                                                                          PLAINTIFF
ADC #143825

V.                                    NO: 5:10CV00285 SWW

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                                     DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 9th day of December, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE